IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MARY ELLEN CLARK                                                                    PLAINTIFF

3:15-cv-211-DPM-JTK

CAROLYN COLVIN, *Acting Commissioner*,                              DEFENDANT
Social Security Administration

## ORDER

Plaintiff has filed a complaint against Defendant, appealing the denial of disability insurance benefits and supplemental security income. (Doc. No. 2.) On October 22, 2015, Defendant filed an answer to the complaint, as well as a notice that she will file the administrative transcript conventionally with the Clerk's office. (Docs. No. 7-8.) Defendant still has not filed the administrative transcript in this case. The statute governing judicial review in social security cases require, "as part of the Commissioner's answer the Commissioner of Social Security shall file a certified copy of the transcript of the record including the evidence upon which the findings and decision complained of are based." 42 U.S.C. § 405(g) (2015). Defendant has not complied with this requirement as part of her answer.

Defendant must file the administrative record in this case within seven (7) days, or show cause for why she cannot. Failure to comply with this order could result in the Clerk entering default for Plaintiff.

SO ORDERED this 12th day of November, 2015.

_____
United States Magistrate Judge