IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MARY ELLEN CLARK                                          PLAINTIFF

v.                       No. 3:15-cv-211-DPM-JTK

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                            DEFENDANT

### ORDER

Unopposed recommendation, № 17, adopted. FED. R. CIV. P. 72(b) (1983 Addition to Advisory Committee Notes). The complaint will be dismissed with prejudice.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

31 March 2016