IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**MARY ELLEN CLARK**            **PLAINTIFF**

v.        No. 3:15-cv-211-DPM-JTK

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**          **DEFENDANT**

## JUDGMENT

The complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

31 March 2016